# UNITED STATES DISTRICT COURT
### Southern District of Indiana

| | |
|---|---|
| HEATHER AKOU, et al. )<br>          Plaintiff(s), )<br>                                )<br>   vs.                             )<br>                                )<br>THE TRUSTEES OF INDIANA )<br>UNIVERSITY, et al. )<br>          Defendant(s) ) | CASE NO. 1:24−cv−01469−TWP−MJD |

## **ORDER REASSIGNING RELATED CASE**

      Pursuant to Local Rule 40−1(e) of the Southern District of Indiana, the clerk is directed to reassign this case to Judge Richard L. Young for all further proceedings.

DATE: September 27, 2024                       s/  Judge Tanya Walton Pratt
                                                                 United States District Court
                                                                  Southern District of Indiana