UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HEATHER AKOU, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) No. 1:24-cv-01469-RLY-MJD |
| | ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, and | ) |
| PAMELA WHITTEN, | ) |
| *Defendants*. | ) |

## NOTICE OF MOTION

Defendants hereby notify the Court that on November 22, 2024, Defendants filed an Unopposed Motion to Consolidate with Related Case in *Wirtshafter, et al v. The Trustees of Indiana University, et al.*, Case No. 1:24-cv-00754-RLY-MJD, seeking to have this case consolidated with the *Wirtshafter* case.

Respectfully submitted,

*/s/ John R. Maley*
John R. Maley
Amanda Jane Gallagher
Charity Seaborn
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:    (317) 231-7464
Email:        jmaley@btlaw.com
              amanda.gallagher@btlaw.com
              charity.seaborn@btlaw.com

*Counsel for Defendants*