UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HEATHER AKOU, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:24-cv-01469-RLY-MJD |
| ) | |
| THE TRUSTEES OF INDIANA UNIVERSITY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiffs' Motion to Withdraw Preliminary Injunction Request Without Prejudice to Refiling after the Filing of an Amended Complaint. [Dkt. 39.] The Court, being duly advised, hereby **GRANTS** the motion. The Clerk is directed to show Plaintiff's motion for preliminary injunction [Dkt. 10] as **WITHDRAWN**, without prejudice to Plaintiffs' ability to refile for a preliminary injunction if and when Plaintiffs are granted leave to file an amended complaint in this case.

SO ORDERED.

Dated: 22 NOV 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.