UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HEATHER AKOU,<br>ANJALI BISWAS,<br>BRYCE GREENE,<br>DAVID MCDONALD,<br>MADELEINE MELDRUM,<br>MAUREEN MURPHY,<br>SARAH PHILLIPS,<br>BENJAMIN ROBINSON,<br>JESS TANG,<br>JASPER WIRTSHAFTER,<br><br>              Plaintiffs,<br><br>    v.<br><br>THE TRUSTEES OF INDIANA UNIVERSITY<br>In their official capacities,<br>PAMELA WHITTEN In her official capacity as<br>President of Indiana University,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 1:24-cv-01469-TWP-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MINUTE ENTRY FOR NOVEMBER 25, 2024**
**TELEPHONIC INITIAL PRETRIAL CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Initial Pretrial Conference. The Court will approve the Case Management Plan, by separate order, with the changes to which the parties have agreed.

This matter is scheduled for a telephonic status conference on **Monday, January 6, 2025 at 11:00 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 25 NOV 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.