UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HEATHER AKOU, | ) |
| ANJALI BISWAS, | ) |
| BRYCE GREENE, | ) |
| DAVID MCDONALD, | ) |
| MADELEINE MELDRUM, | ) |
| MAUREEN MURPHY, | ) |
| SARAH PHILLIPS, | ) |
| BENJAMIN ROBINSON, | ) |
| JESS TANG, | ) |
| JASPER WIRTSHAFTER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No. 1:24-cv-01469-TWP-MJD |
| | ) |
| THE TRUSTEES OF INDIANA UNIVERSITY | ) |
| In their official capacities, | ) |
| PAMELA WHITTEN In her official capacity as | ) |
| President of Indiana University, | ) |
| | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR DECEMBER 9, 2024
TELEPHONIC STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference to discuss a schedule for resolution of Plaintiff's renewed motion for preliminary injunction. Prior to the conference, the parties filed a Joint Motion to Establish Schedule for Resolving the Plaintiffs' Renewed Motion for Preliminary Injunction. [Dkt. 53.] That motion is hereby **GRANTED**. Plaintiffs shall file their memorandum in support of the motion for preliminary injunction [Dkt. 49], as well as any supporting evidentiary material, by no later than **February 3, 2025**. Defendants will

file their memorandum in response to the motion for preliminary injunction, as well as any supporting evidentiary material, by no later than **February 18, 20256**. Plaintiffs will file any reply memorandum in support of the motion for preliminary injunction, by no later than **February 25, 2025**.

The telephonic status conference scheduled on January 6, 2025 [*see* Dkt. 45 at 1] remains on calendar.

SO ORDERED.

Dated:  9 DEC 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.