UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASPER WIRTSHAFTER, *et. al.* ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | No. 1:24-cv-00754-RLY-MJD |
| ) | |
| THE TRUSTEES OF INDIANA UNIVERSITY, and ) | |
| PAMELA WHITTEN, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER ON UNOPPOSED MOTION TO CONSOLIDATE WITH RELATED CASE

This matter is before the Court on the parties' Joint Motion to Consolidate. For the reasons and to the extent set forth below, the motion is **GRANTED**.

This case arises out of certain policies enacted by Indiana University which pertain to expressive conduct, including protests. The Court agrees that consolidation of these cases will further the interests of judicial economy. Accordingly, this case is hereby consolidated with *Akou et al. v. The Trustees of Indiana University et al.*, 1:24-cv-01469-RLY-MJD.

**The Clerk is directed to docket this Order in both this case and *Akou et al. v. The Trustees of Indiana University et al.*, 1:24-cv-01469-RLY-MJD, and to close the other case, leaving this case open.**

Any motion to sever claims for trial pursuant to Federal Rule of Civil Procedure 42(b) shall be filed within **14 days** of the date of any summary judgment ruling in this case. All other previously scheduled case management deadlines in this case remain in effect.

SO ORDERED.

Date: 12/10/2024

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana