UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HEATHER AKOU,<br>ANJALI BISWAS,<br>BRYCE GREENE,<br>DAVID MCDONALD,<br>MADELEINE MELDRUM,<br>MAUREEN MURPHY,<br>SARAH PHILLIPS,<br>BENJAMIN ROBINSON,<br>JESS TANG, and<br>JASPER WIRTSHAFTER,<br><br>          Plaintiffs,<br><br>    v.<br><br>THE TRUSTEES OF INDIANA<br>UNIVERSITY, in their official capacities,<br>PAMELA WHITTEN, in her official capacity<br>as President of Indiana University,<br><br>          Defendants. | No. 1:24-cv-01469-RLY-MJD |

## ORDER

The Clerk of Court is **ORDERED** to refile Docket No. 49, Plaintiffs' Renewed Motion for Preliminary Injunction, and Docket No. 54, the Minute Entry for December 9, 2024, into *Wirtshafter et al. v. The Trustees of Indiana University et al.*, 1:24-cv-00754-RLY-MJD.

**SO ORDERED** this 6th day of January 2025.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.